**DISMISS; Opinion Filed July 2, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01213-CV**

**ESTELA MARTINEZ, Appellant**
**V.**
**BAYVIEW LOAN SERVICING, LLC, AS SERVICER FOR BAYVIEW FINANCIAL**
**TRUST, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-00628-E**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Evans

The clerk's record in this case is overdue. By letter dated December 14, 2013 we informed appellant that the County Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that she had paid for or made arrangements to pay for the clerk's record or that she had been found entitled to proceed without payment of costs. We cautioned appellant that if she did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b).


David Evans
DAVID EVANS
JUSTICE


121213F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ESTELA MARTINEZ, Appellant

No. 05-12-01213-CV      V.

BAYVIEW LOAN SERVICING, LLC, AS
SERVICER FOR BAYVIEW FINANCIAL
TRUST, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-12-006-28E.
Opinion delivered by Justice Evans.
Justices Lang and Myers participating.

      In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
      It is **ORDERED** that appellee BAYVIEW LOAN SERVICING, LLC, AS SERVICER
FOR BAYVIEW FINANCIAL TRUST recover its costs of this appeal from appellant ESTELA
MARTINEZ.

Judgment entered this 2nd day of July, 2013.

/David Evans/
DAVID EVANS
JUSTICE

–3–